MARY ROLNICK, APPELLANT, v. INDUSTRIAL ENGINEERS, RESPONDENT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellant, *Frank I. Casey.*

For the respondent. *John W. Taylor.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 13.

*For reversal*—None.